UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT OLSON, DENNIS WARNOCK, JAMES SAUTER, MARK SAN DIEGO, ART BUCKLES,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>SNOHOMISH COUNTY PUBLIC TRANSPORTATION BENEFIT AREA CORPORATION, dba, COMMUNITY TRANSIT, and its CHIEF EXECUTIVE OFFICER, JOYCE OLSON,<br><br>　　　　Defendants. | Case No. C03-3841RSM<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF SAN DIEGO , and on behalf of DEFENDANTS in the amount of $177.50  as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  FILING FEE | $150.00 | 0 | $150.00 |
| II. DEPOSITION & ARBITRATION COSTS | $8,585.86 | $8,585.86 | 0 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|

Costs incurred for depositions and for obtaining arbitration transcripts are not taxable since they were not actually used by the court in ruling on the motion to dismiss.

| III.  COPY COSTS | $27.50 | 0 | $27.50 |

Dated this ____1st____ day of NOVEMBER, 2005 .

          ___S/ BRUCE RIFKIN___
          Bruce Rifkin, Clerk
          U. S. District Court

TAXATION OF COSTS -- 2